## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Troy N. MacDermott, | Case No. 24-cv-1234 (DWF/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Benjaman Shelabarger, *also known as* Benjamin Shelabarger, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Plaintiff Troy N. MacDermott's application to proceed *in forma pauperis* (ECF No.[7]) is **DENIED**. The conditions that caused Mr. MacDermott to be unable to pay the filing fee have since been alleviated, as Mr. MacDermott himself acknowledged (*see* ECF No. [11]), and Mr. MacDermott has now paid the entirety of the $405.00 filing fee for this proceeding. The Court directs the Clerk of Court to issue the Summons in this matter.

**SO ORDERED**.

Dated: April 29, 2024              *s/ Dulce J. Foster*
                                                           DULCE J. FOSTER
                                                           United States Magistrate Judge

1