UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Troy N. MacDermott, | Civil No. 24-1234 (DWF/DJF) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Benjaman Shelabarger, *also known as* Benjamin Shelabarger, and Warden Jared Rardin, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster dated June 16, 2025. (Doc. No. 140.) In the R&R, Magistrate Judge Foster recommended that this matter be dismissed for failure to prosecute and failure to comply with the Court's orders. (*Id.* at 5.) She also recommended that Defendant Benjaman Shelabarger's motion for summary judgment (Doc. No. 114) and motion for contempt (Doc. No. 127) be denied as moot. (Doc. No. 140 at 5.) No objections have been filed to the R&R in the time period permitted.

The factual background for the above-entitled matter is clearly and precisely set forth in the R&R and is incorporated by reference. In support of her recommendation to dismiss, the Magistrate Judge explained that after Plaintiff failed to respond to discovery requests and subsequent orders compelling responses (Doc. Nos. 103, 133), the Court ordered Plaintiff to show cause why it should not dismiss this matter under Rules 16(f), 37, or 41(b) of the Federal Rules of Civil Procedure (Doc. No. 136) and that Plaintiff

failed to respond to the order to show cause. Despite Plaintiff's repeated noncompliance, the Magistrate Judge noted Plaintiff's *pro se*, prisoner litigant status and recommended that the matter be dismissed without prejudice. (Doc. No. 140 at 4.)

Plaintiff does not object to the R&R. However, after the Magistrate Judge issued the R&R, Plaintiff filed a motion to voluntarily dismiss his complaint without prejudice. (Doc. No. 144.) Defendant Shelabarger responded by filing his own motion to deny Plaintiff's motion to voluntarily dismiss. (Doc. No. 145.)

Based on the Court's careful review of the R&R and the record in this case, the Court herby enters the following:

## ORDER

1. Magistrate Judge Dulce J. Foster's June 16, 2025 Report and Recommendation (Doc. No. [140]) is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the Court's orders under Rules 16(f), 37, and 41(b).

3. Defendant Benjaman Shelabarger's motion for summary judgment (Doc. No. [114]) and motion for contempt (Doc. No. [127]) are **DENIED AS MOOT**.

4. Plaintiff Troy N. MacDermott's motion to voluntarily dismiss complaint (Doc. No. [144]) is **DENIED AS MOOT**.

5. Defendant Benjaman Shelabarger's motion to deny Plaintiff's motion to voluntarily dismiss complaint (Doc. No. [145]) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 28, 2025        s/Donovan W. Frank
                                                      DONOVAN W. FRANK
                                                      United States District Judge